## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

RAJEL JOHNSON                                         CIVIL ACTION

VERSUS                                               NO. 15-6899

W.S. MCCAIN, WARDEN                                  SECTION: "F"(5)

### O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the petition of Rajel Johnson for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DISMISSED WITH PREJUDICE** as untimely.

New Orleans, Louisiana, this ___7th___ day of ___December___, 2016.


_____
**UNITED STATES DISTRICT JUDGE**